FILED

05/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0293

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0293

_____

COREY STAPLETON, in his official capacity as
Montana Secretary of State,

     Petitioner,

  v.

THIRTEENTH JUDICIAL DISTRICT COURT,
YELLOWSTONE COUNTY, HON. DONALD L.
HARRIS, Presiding,

     Respondent.

O R D E R

_____

This Court entered an order on May 27, 2020, staying a portion of the District Court's May 22 preliminary injunction order and directing that the matter shall proceed under the cause number in which the Secretary of State, through the Attorney General, filed a separate notice of appeal. It has been brought to the Court's attention that there was a typographical error in the Court's reference to the direct appeal cause number.

IT IS THEREFORE ORDERED that the matter shall proceed under Cause No. DA 20-0295, not DA 20-0495 as stated in the May 27 Order.

The Clerk is directed to provide immediate notice of this Order to all counsel of record in Yellowstone County Cause No. DV 20-408 and to the Thirteenth Judicial District Court, the Hon. Donald L. Harris, presiding.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 28 2020